UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

AP PRODUCTS, INC.,
a Michigan corporation,

        Plaintiff/Counterclaim Defendant,

vs.

RONALD L. CHESNUT,
an individual,

        Defendant/Counterclaimant.

Case No. 1:13-cv-555

Honorable Janet T. Neff

**MEDIATION SETTLEMENT AGREEMENT**

| | |
|---|---|
| Charles R. Bappert (P41647)<br>**Biringer, Hutchinson, Lillis,**<br>**Bappert & Angell, P.C.**<br>Attorneys for Plaintiff/Counterclaim Defendant<br>100 West Chicago Street<br>Coldwater, MI  49036-1897<br>(517) 279-9745 | William D. Howard (P36886)<br>**Howard Law Group**<br>Attorneys for Defendant/Counterclaimant<br>25 Ionia Avenue SW, Suite 230<br>Grand Rapids, MI  49503<br>(616) 235-6000 |

      NOW COME the parties, Plaintiff AP Products, Inc., by and through its attorneys, Biringer, Hutchinson, Lillis, Bappert & Angell, P.C., and Defendant Ronald L. Chesnut, by and through his attorneys, Howard Law Group, this matter been mediated with Michael C. Walton as Mediator on Monday, December 9, 2013, to stipulate and enter into this Settlement Agreement for good and valuable consideration, such consideration including the terms of this Agreement, as follows:

      1.      The parties shall execute a Mutual Confidentiality and a Disclosure and Non-Disclosure Agreement and Non-Disparagement Agreement as drafted by counsel with regard to this action and the settlement.

**EXHIBIT 1**

2. The parties agree that the License Agreement dated April 5, 2006, is hereby terminated subject to the provisions set forth in this Settlement Agreement.

3. Plaintiff has certain inventory in its possession which is subject to the License Agreement dated April 5, 2006, and has ordered certain materials from component suppliers with which to assemble inventory which would be subject to the License Agreement dated April 5, 2006.

4. The parties agree that despite the termination of the License Agreement as set forth herein, Plaintiff shall continue to pay a royalty to Defendant of five percent (5%) of the base selling price for each licensed unit or subassembly sold as set forth in Part 3 of the License Agreement dated April 5, 2006.

5. The parties agree that Plaintiff has or may acquire or assemble and may sell licensed units or subassemblies subject to the License Agreement dated April 5, 2006, up to and including March 31, 2014.

6. The parties agree that Plaintiff may sell or supply materials from component suppliers for either warranty or repair purposes.

7. The parties agree that Plaintiff shall hire an accountant agreeable to Defendant to verify the accuracy of royalty payments for each licensed unit or subassembly sold as set forth in Part 3 of the License Agreement dated April 5, 2006, for the period between January 1, 2013 up to and including March 31, 2014.

8. Plaintiff releases any claim which it has in Patent No. 6,609,766 to Defendant.

9. Defendant releases any claim which he has in the trademark or copyright "Unified Tow Brake" to Plaintiff.

10. The parties agree to enter into a Mutual Release and Settlement Agreement and to dismiss United States District Court for the Western District of Michigan Case No. 1:13-cv-555, utilizing documents agreeable to counsel.

11. Any and all disputes regarding the execution, performance, intent or meaning of this Mediation Agreement or the Full and Final Release and Settlement Agreement shall be submitted to Michael C. Walton, Mediator, for resolution.

BIRINGER, HUTCHINSON, LILLIS, BAPPERT & ANGELL, P.C.
Attorneys for Plaintiff/Counterclaim Defendant

Date: December 9, 2013

By: _____
Charles R. Bappert (P41647)
Address:
100 West Chicago Street
Coldwater, MI 49036-1897
Telephone: (517) 279-9745

AP PRODUCTS, INC.

Date: December 9, 2013

By: _____
Thomas C. Manning IV
Its President

HOWARD LAW GROUP
Attorneys for Defendant/Counterclaimant

Date: December 9, 2013

By: _____
William D. Howard (P36886)
Address:
25 Ionia Ave SW, Suite 230
Grand Rapids, MI 49503
Telephone: (616) 235-6000

Date: December 9, 2013

By: _____
Ronald L. Chesnut